

**Michael B. Brown**
mbbrown@milesstockbridge.com
410-385-3663

August 13, 2025

*VIA CM/ECF*

The Honorable Douglas R. Miller
United States District Court for the District of Maryland

Re:   *KPM Analytics North America Corporation v. Blue Sun Scientific, LLC, et al.*
       Case No.: 1:25-mc-00474

Dear Judge Miller:

I represent Judgment Creditor KPM Analytics North America Corporation ("KPM") in the above-referenced post-judgment enforcement matter, which Judge Xinis referred to Your Honor for supplemental proceedings.

As part of its enforcement efforts, KPM has requested to conduct the following examinations to obtain additional information about Judgment Debtors' assets in order to satisfy the underlying judgment:

1. Request for Order Directing Judgment Debtor Blue Sun Scientific, LLC to Appear for Examination in Aid of Enforcement of Judgment (ECF No. 20);

2. Request for Order Directing Judgment Debtor Innovative Technologies Group & Co., Ltd. to Appear for Examination in Aid of Enforcement of Judgment (ECF No. 21); and

3. Request for Order Directing Robert Wilt to Appear for Examination in Aid of Enforcement of Judgment (ECF No. 22). (As explained in this Request, Robert Wilt is the owner, President, and CEO of Innovative Technologies Group & Co., Ltd.; Innovative Technologies Group & Co., Ltd. owns Blue Sun Scientific, LLC.).

We appreciate the Court's prompt attention to these requests and are prepared to answer any questions that the Court may have, including regarding coordination and logistics for the requested examinations.

Respectfully submitted,

*/s/ Michael B. Brown*